■ In the Matter of VICTOR J. DI FIORE, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, J.J., concur.